LEILA ELDER, as Administratrix of the Estate of ROY ELDER, Deceased, Respondent, v. RICHARD J. GEORGE et al., Doing Business under the Name of DIAMOND TRUCK SALES COMPANY, Appellants.— No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

DOMESTIC DRYER CORPORATION, Plaintiff, v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Defendant. LOUIS HALLE, Appellant; BROOKLYN UNION GAS COMPANY, Respondent.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

DAVID COHEN et al., Respondents, v. CUSTAZIN PRODUCTS, INC., et al., Appellants, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

PAULINE W. BERWIN, Appellant, v. ELIZABETH NEWMAN et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

LOUISE GUILDEN, Respondent, v. IRA GUILDEN, Appellant.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

SOLOMON Z. MELUP, Appellant, v. RUBBER CORPORATION OF AMERICA, Respondent.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

HELEN E. BING et al., Suing as Stockholders of CONSOLIDATED OIL CORPORATION, on Behalf of Themselves and All Other Stockholders of Said Corporation Similarly Situated, et al., Respondents, and MORRIS R. SPELFOGEL et al., Interveners, Respondents, v. CONSOLIDATED OIL CORPORATION et al., Defendants, and R. COSTELLO et al., Defendants-Respondents. CHARLES F. BENBROOK, as a Stockholder of Said Corporation, Appellant.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent, v. GOTHAM SILK HOSIERY COMPANY, INC., Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ. [179 Misc. 557.]

HERBERT F. RITTER et al., Trading as RITTER-CARLTON COMPANY, Respondents-Appellants, v. WILLIAM D. CARMICHAEL, JR., et al., Appellants-Respondents. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.